**United States v. Henry Baird**

**Case No: 4:17-CR-00139**

**Judge Matthew W. Brann**

## GOVERNMENT'S EXHIBIT LIST-SENTENCING

| Completed by Counsel | | Completed by Courtroom Deputy | | |
|---|---|---|---|---|
| Exhibit No. | Exhibit Description | Date Identified | Date Admitted | Witness |
| 1 | Henry Baird FBI Interview 04/13/2017 | | | |
| 2 | UCE Report 04/07/2017 Controlled Delivery | | | |
| 3 | Transcript Controlled Delivery 04/07/2017 | | | |
| 4 | FBI Evidence Collection Report – Henry Baird Residence  04/13/2017 | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

FD-302 (Rev. 5-8-10)

- 1 of 3 -

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD

Date of entry      04/24/2017

    HENRY LAMBERT BAIRD , date of birth (DOB) ███ ██ ██ , home address
730 Greenleaf Street, Apartment 2, Allentown, Pennsylvania was interviewed
at the FBI Allentown Resident Agency.  After being advised of the identity
of the interviewing Agents and the nature of the interview, BAIRD provided
the following information:

    HENRY BAIRD was taken into custody pursuant to an arrest warrant issued
by the United States District Court for the Middle District of
Pennsylvania, signed by United States Magistrate Judge William Arbuckle
III on April 11, 2017. Prior to Miranda warnings being read to BAIRD,
while still at 1023 West Emaus Street, Allentown, Pennsylvania, BAIRD was
asked where his .357 revolver was. BAIRD advised that it was in the
basement. The gun was subsequently located in the basement and seized by
the FBI and placed into evidence.

    BAIRD was read his Miranda warnings at 9:35 a.m. and BAIRD elected to
speak with the FBI. BAIRD signed the FD-395 Advice of Rights form before
questioning commenced. The interview was recorded (audio and video) and
the following narrative is not a verbatim text of the interview, but only
highlighted portions from notes kept during the course of the interview:

    BAIRD advised that he possessed the .357 Taurus revolver for
protection, and that he had been scared for his life recently.

    BAIRD listed out several individuals who were part of Combat 18 as
enforcers: JOHN PRESSLEY and RUSS LNU.

    BAIRD had been made President of the Aryan Strikeforce (ASF). BAIRD got
in touch with the founder of the group, JOSHUA STEEVER, through Facebook
two or three months ago, however, had known him since he was a kid and had
met him at a punk rock show. BAIRD traveled to STEEVER's residence in
Phillipsburg, New Jersey and subsequently joined the ASF. BAIRD described
STEEVER as "explosive" and "angry" and that he wanted to do something for
his race.

    BAIRD also advised that "Boots" and "Rocko" were also part of his ASF
unit. "Rocko" lived in Virginia and was thought to be a drug addict based

| | | |
|---|---|---|
| Investigation on | 04/13/2017 | at Allentown, Pennsylvania, United States (In Person) |
| File # | 100N-PH-2093500, 266N-PH-2148929 | Date drafted 04/21/2017 |
| by | Kyle D. Moore | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

**US v. Henry Baird, GEX 1**

FD-302a (Rev. 05-08-10)

100N-PH-2093500

Continuation of FD-302 of <u>(U) Interview of Henry Baird.</u> , On <u>04/13/2017</u> , Page <u>2 of 3</u>

upon the way he acted. Rocko drove a white SUV with Virginia plates. BAIRD also recalled that the SUV had Trump stickers and a confederate flag on it.

The Combat 18/Blood and Honor individuals that BAIRD knew were RUSS, MIKE LNU, and JOHN PRESSLEY. These individuals were "the real deal" and could make a phone call and you'd be dead. There was also a guy named "Chris" who bought guns that they dealt with.

BAIRD, along with STEEVER, Boots, and Rocko, provided security for a deal set up by the C18/Blood and Honor individuals. The last time BAIRD had helped with one of these deals was several weeks ago. BAIRD met RUSS LNU, STEEVER, and Rocko at the Golden Corral and were told that they were moving meth and guns, and then also recalled a meeting with RUSS at a taco place in Maryland. BAIRD wasn't told what he was running until after the second deal.

The first deal BAIRD was paid approximately $700.00; JOSHUA STEEVER was the one that gave him the money. The guy that took the package and paid STEEVER was CHRIS LNU, who drove in a vehicle with Virginia plates. The second deal BAIRD was paid $1200.00. They had been paid extra for moving gun parts, which included Glock "chips" that converted a Glock into a full auto submachine gun.

BAIRD understood that a percentage of the money was to be used to purchase gift cards at Target, and that once the gift card was purchased, it was to be given to RUSS LNU. JOSHUA STEEVER had told him that it was for gun purchases, to include a .380 Walther. BAIRD purchased a gift card during one of these transactions and it was provided to RUSS.

BAIRD had purchased his Taurus revolver from a guy named TODD DIMLER (phonetic spelling) for approximately $300.00. DIMLER used to live near BAIRD on Greenleaf Street in Allentown, PA, and now lives by the Lehigh Valley Jail. BAIRD purchased it a couple months ago and had never fired it.

STEEVER had founded the particular chapter of ASF that BAIRD was a part of. RUSS LNU helped set it up. BAIRD estimated that JOHN PRESSLEY was high within Combat 18/Blood and Honor, but that RUSS LNU was even higher than PRESSLEY. BAIRD recalled an incident where RUSS told BAIRD that if he touched any of the product being transported, RUSS would "put a bullet in my head." BAIRD did not know of any pictures of RUSS in existence. RUSS had a brownish beard, stocky, tall and was approximately 49 or 50 years of age. MIKE LNU had a beard, was skinnier, and always wore a hat, and was in his late 40's. BAIRD thought he was one of the original Combat 18 members.

**US v. Henry Baird, GEX 1**

FD-302a (Rev. 05-08-10)

100N-PH-2093500

Continuation of FD-302 of  (U) Interview of Henry Baird.                        , On  04/13/2017  , Page  3 of 3

    RUSS was the one that called the shots; JOHN PRESSLEY was high in the hierarchy, and MIKE was lower in the organization. CHRIS LNU drove a white truck.

    BAIRD met up with the C18 members, along with STEEVER and Rocko at a mall in Maryland. BAIRD thought that the methamphetamine came from Pennsylvania. Rocko would drive up from Virginia and stay at STEEVER's place; BAIRD thought that Rocko had been a member of STEEVER's crew for a long time. Both deals have been a three man crew put together by STEEVER.

    During the last deal there had not been an explanation about the gun parts, which were in a large box, along with some Glock "chips." The box was placed into Rocko's car. BAIRD felt that the individual who was receiving this stuff was "preparing for a war" but was not in a position to ask the C18 guys where it was going.

    JOSHUA STEEVER had bought a shotgun from DAVID COMPTON, who lived in Brick, New Jersey. BAIRD knew COMPTON from prison and would not testify against COMPTON if asked. The shotgun was bought for $400.00.

    JACOB ROBARDS, aka "boots" lived in STEEVER's place in New Jersey.

    BAIRD felt that the C18 guys knew something was going on because they went "black light" and stopped returning BAIRD's calls.

    BAIRD provided a password for his iPhone of 161488.

    The FD-395 will be preserved along with this interview in a 1a envelope.

**US v. Henry Baird, GEX 1**

FD-302 (Rev. 5-8-10)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    04/13/2017

On 04/07/2017 UCE-6259 took part in an undercover operation involving the controlled delivery of multiple kilograms of methamphetamine (simulated), AR-15 rifle lower receivers, and Glock pistol rear plates.  Said delivery took place between UCE-6259 and UCE-6361 and was facilitated by targeted subjects JOSHUA STEEVER aka HATCHET, JUSTIN LOUGH aka ROCCO, and HENRY BAIRD.  The following is a summary of the days event.

UCE-6259 met with the afore mentioned subjects at a predetermined location in Harrisburg, PA.  Once at the location UCE-6259 showed STEEVER the bags containing the methamphetamine, the box of receivers, and the bag containing the Glock parts.  UCE-6259 and STEEVER then place the items into LOUGH's vehicle and the group left the area in route to the predetermined delivery location in Hagerstown, MD.  UCE-6259 and STEEVER traveled in the UCE's rental vehicle while LOUGH and BAIRD traveled in LOUGH's vehicle.

While en-route to the delivery location STEEVER advised UCE-6259 that he and BAIRD had been in an altercation with two black males the day prior in which BAIRD used brass knuckles.  STEEVER also advised that BAIRD had attempted to shoot a yet unidentified white, male who had been "hanging around" the group.  STEEVER described the incident in detail to include BAIRD taking a revolver and placing it to the head of the victim.  BAIRD then cocked the hammer back manually, and began to pull the trigger. Just prior to the gun firing, the victim struck BAIRD's hand causing the round to miss the intended target.

As the group neared the delivery location, UCE-6259 stopped and had STEEVER and BAIRD switch vehicles in order for STEEVER to complete the controlled delivery with UCE-6361 and so that UCE-6259 could talk directly with BAIRD about the shooting incident.  While the group drove the last few miles to the predetermined meeting location UCE-6259 spoke with BAIRD

Investigation on  04/07/2017    at  Harrisburg, Pennsylvania, United States (In Person)

File #  100N-PH-2093500, 266N-NK-118661, 266N-RH-2106969, 266N-PH-2148929            Date drafted  04/12/2017

by  UCE-6259

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; and its contents are not to be distributed outside your agency.

**US v. Henry Baird, GEX 2**

FD-302a (Rev. 05-08-10)

100N-PH-2093500

Continuation of FD-302 of (U) Undercover meeting _____ , On 04/07/2017 , Page 2 of 2

about the shooting incident.  BAIRD described the same scenario as
previously mentioned and admitted to trying to shoot the
individual.  BAIRD added that the round went past the victims head and
through the floor causing a water pipe to break.


   Once at the delivery location, STEEVER and LOUGH met with UCE-6361 and
transferred the items into the UCE's vehicle while UCE-6259 and BAIRD
watched from a distance.  See 302 by UCE-6361 for specific details of the
delivery and payment for same.  The group then traveled to a nearby Target
store and then concluded the event. STEEVER, BAIRD and LOUGH stayed in the
area to eat and the two UCE's left the area and met with the case team at
another location.


   UCE-6259 notes that the days event was recorded via body
recorders.  See recordings for specific details and verbiage of said
event.

**US v. Henry Baird, GEX 2**

UCE = UCE 6259

JS= Joshua Steever

JL= Justin Lough

HB= Henry Baird

UI= Unintelligible


**04/07/2017: 4th Run. Harrisburg to Hagerstown, MD.**


UCE: 4:58: What's up boys?

JS: 5:00: Hey bro. Mark just said his phone's fucked up.

UCE: 5:03: Ok, I don't know, that 's the guy we're seeing right?

JS: 5:07: Yeah.

UCE: 5:07: Ok.

UCE: 5:10: They said you were on, on point on this one so let me show you what I got.

UCE: 5:29: So that's the bag of fucking meth, same product, same bullshit. This is the hot one though. He's gonna count all of these from what we're told.

JS: 5:40: Ok

UCE: 5:40: AR lower units.

JS: 5:42: Nice.

UCE: 5:44: This is really what he's gonna look for. I don't know exactly how they work, apparently they're supposed to be some kinda fucking part to a glock.

JS: 5:52: Ahh, I know what those are.

UCE: 5:46: That makes it fully rock and roll.

JS: 5:55: Yep.

UCE: 5:55: You know what I'm saying?

JS: 5:55: Yep. That's what Rus was showing me last time.

UCE: 5:58: I don't know what…I don't know where they go or how they work, or whatever, but this, this and this is apparently really what he's looking for. This is just the same business as usual, so, he told me to show them to you. I don't know how many are in here, I didn't fucking count them. There's like 50 or so. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 20, 30, 40, yeah 50 of them so.

**US v. Henry Baird, GEX 3, p. 1**

JS: 6:17: Ok.

UCE: 6:17: So that's what he's gonna be looking for, that I doubt he'll even stare out from what Rus says. So I'm gonna tape this shit up

JS: 6:24: Yep.

UCE: 6:24: In case you guys get fucking pulled over or whatever then it's just a fucking taped up box. You know what I'm saying?

JS: 6:28: Am I riding with you or something?

UCE: 6:30: Nah, this is all, I'm giving it to you guys, you guys fucking roll with it. I got the address. I know where we're going, but do you guys have it?

JS: 6:36: Nah.

UCE: 6:36: Same place we were last time

JS: 6:38: Ok.

UCE: 6:39: At that fucking uh, same parking lot, so

JS: 6:41: Do you have any cash on you brother? We're almost out of gas.

UCE: 6:44: Yeah yeah yeah man, lets uh, there's a, there's one on the other side of the parking lot over there. We'll go over there.

JS: 6:49: Ok.

UCE: 6:59: How you guys been man? You doing alright?

JS: 7:00: Yeah UI fuckin had UI fucking shit last night.

UCE: 7:04: Oh yeah what happened?

JS: 7:04: Fucking niggers got us.

UCE: 7:07: Really?

JS: 7:08: Yep, we were heading home last night over in Easton

UCE: 7:12: Yeah?

JS: 7:12: Fucking niggers fucking jumped on us

UCE: 7:15: Anybody get hurt?

JS: 7:17: Henry's fucking er jaw was fucked up right now

UCE: 7:20: Yeah?

JS: 7:21: The niggers were like what's that on your patch? UI asking UI they walked past me fucking got Henry. They asked Henry what's on his patch, Henry said my fucking knuckles

**US v. Henry Baird, GEX 3, p. 2**

UCE: 7:34: Yeah?

JS: 7:34: Fucking nigger, fucking, the other nigger fucking hit fucking him, fucking one nigger, that Henry guy, hit him like 5 times with knuckles.

UCE: 7:43: Nice.

JS: 7:44: I got UI nigger I got him, I got him in the fuckin jaw UI fucking jaw.

UCE: 7:49: Nice.

JS: 7:51: Pretty good.

JS: 7:52: That's when they took off. Then I told Henry let's go. I got him up off the ground.

UCE: 7:56: Get out of there bro.

JS: 7:57: got him over, I told Mark, I called him when I got home. I forgot to call him.

UCE: 8:03: It's just a nigger bro, what do you expect?

UCE: 8:22: Just throw it on top bro. What's up big guy?

JL: 8:24: How you doing?

UCE: 8:24: Same shit different day man.

HB: 8:26: What's up man? How you doing?

UCE: 8:32: Felt better? Understand you guys had a little dust up last night?

HB: 8:37: Yeah, UI.

UCE: 8:38: Doing alright man?

HB: 8:38: I'm alright.

UCE: 8:39: Yeah?

HB: 8:40: It's alright. Brother was UI.

UCE: 8:44: They'll get theirs.

HB: 8:45: I got them.

UCE: 8:46: I heard.

HB: 8:46: Motherfucking nigger came up, "what the fucks on your jacket" I blasted him with a brass knuckle, hit him like 6 to 7 times in the face. This other guy stuck me, knocked my UI off, Josh UI

---

JS: 21:46: Henry almost fucking put a bullet in someone last night too.

UCE: 21:50: What?

JS: 21:51: Fucking kid. Fucking kid was hanging out with us

UCE: 21:54: Yeah?

JS: 21:54: UI fucking and he said we're a bunch of punks and Henry was like "oh we're a bunch of punks?" and he was like Henry put him down, he was like and put his .357 to his head, he was like "we're punks?" and Henry clicked back, he was like "you ready to die?" And the kid was like I'm not afraid to die. UI Henry pulled the trigger and the kid fucking hit his arm and he put a fucking round through his fucking floor.

UCE: 1:26:30: You know what he looks like?

JS: 1:26:30: Yeah

UCE: 1:26:31: What he's driving? You got his information so you guys fucking find him and do what you need to do and we'll post up and watch and then just shoot me a call when you're done.

JS: 1:26:39: Alright brother.

UCE: 1:26:39: Alright.

HB: 1:29:54: Then I had a fucking UI, somebody at my house the other night. Last night he disrespected our club.  UI fucking floor. Put it right on his forehead, said I'll blow your fucking head off.  Before I pulled the trigger I cocked it, he fucking blocked it, through the fucking floor hit the goddamn motherfucking water pipe.


UCE: UCE 6361

JS: Joshua Steever

HB: Henry Baird

JL: Justin Lough

UI: Unintelligible

UCE: 21:54: What's up brother?

JL: 21:55: How's it going?

UCE: 21:56: What's going on?

JL: 56: Eh, you know, UI working hard, breaking my back.

UCE: 22:01: There you go.

JL: 22:01: Probably have the back of a fucking sixty year old man right now. But I got those fucking anchors for you.

UCE: 22:08: Alrighty

JL: 22:14: Where do you want them?

UCE: 22:15: Put them in the back.

JL: 22:21: Got some sheetrock too if you want it. Get it the hell away from me.

JS: 22:25: Where do you want this at brother?

UCE: 22:25: Ah, just UI me.

JL: 22:32: Good seeing you.

UCE: 22:32: Yeah good seeing you. Hey I'm gonna, hey Josh, I'll jump in with you guys. Hold on.

JL: 22:34: Alright

UCE: 22:37: Just give me a second.

JL: 22:37: Ok.

UCE: 22:38: Alright?

UCE: 24:38: What's happening fellas?

JL: 24:39: Yeah, you know.

UCE: 24:41: Oh shit you weren't kidding about the sheet rock. (laughter)

UCE: 24:45: Where's my man Henry?

JS: 24:47: He's in the other truck.

UCE: 24:47: Ok. Why don't you go.

JL: 24:48: Where to?

UCE: 24:50: Uh, why don't you just pull down in the lot.

JL: 24:55: Your call, cause I'm fucking hungry. Come on you stupid fucking nigger.

UCE: 25:15: Just pull it straight in.

JL: 25:15: Ok.

UCE: 25:30: If that's him, have him come down this way. I want to talk to him too. That's for you.

JL: 25:41: mmhmm.

UCE: 25:42: that's for him.

UCE: 25:47: Hey man, make sure. Go ahead and count it, make sure it's right. Should be 12 because uh in addition to the meth there were the sears and the guns so

JL: 26:00: I appreciate it.

UCE: 26:01: I added a little bit more.

JL: 26:03: That means I can make my rent.

UCE: 26:04: There you go.

JL: 26:04: And say, fuck the police. (laughter)

UCE: 26:06: There you go.

JS: 26:08: Are we doing the cards today?

UCE: 26:09: Yeah. If you still want the…

JS: 26:11: I wanted to talk to you about that for Henry

UCE: 26:13: Ok

JS: 26:13: He needs to pay parole and stuff. Jon told me don't worry about Henry at this time.

UCE: 26:17: Ok.

JS: 26:19: But we're doing it.

UCE: 26:19: Ok. That's cool. Yeah, I mean, it's totally up to you guys.

JS: 26:22: Should I give the cards to you?

UCE; 26:23: Yeah you can just give them to me.

JS: 26:24: Did you find out about this?

UCE: 26:26: The uh, yeah yeah yeah, it should be just probably 2, 3 weeks now.

JS: 26:30: Cool.

UCE: 26:30: You see what we're doing.

JS: 26:31: Yeah, yeah.

UCE: 26:31: right, I mean

JS: 26:32: UI nice.

UCE: 26:32: Yeah, right? So, is that something you guys would be interested in?

JS: 26:37: Yeah.

UCE: 26:38: Cause I mean, that's what he does mostly.

JS: 26:38: I need something to keep on me.

UCE: 26:40: Ok.

JL: 26:41: Yeah.

JS: 26:42: You like that? (phone rings)

JL: 26:44: When is the big job?

UCE: 26:48: The big job? That's what I wanted to talk to you about. So..

JL: 26:52: You want to talk in here, you want to talk at Thai, what do you want

UCE: 26:54: Nah, that's alright.

JL: 26:55: It's up to you.

JS: 26:56: Call Henry's phone and tell him to pull over over there. Tell him UI.

UCE: 27:03: These phones are fucked. Are you phones fucked up around here? Mine

JL: 27:05: No.

UCE: 27:05: No?

JL: 27:06: I'm good here. Not that I've seen. Oh no UI, was he talking about last time about Rus's phone? Mine works perfectly.

UCE: 27:10: Yeah, yeah, mine was fucked up too. Alright, good.

JL: 27:13: Who do you have?

UCE: 27:15: Uh, not T-Mobile, ATT I think?

JL: 27:20: Oh, ok, I got boost.

JS: 27:22: That was them.

JL: 27:22: Oh was it?

JS: 27:24: Yeah.

JL: 27:25: Oh, that might be my call

JS: 27:25: I didn't know the number right off hand. So I only answer fucking numbers I know.

UCE: 27:32: Uh, the big job?

JL: 27:32: mmhmm

UCE: 27:32: Probably in the same time period, next 2, 3 weeks. Are you guys around next week? Cause I got to go check something out next week, make sure it looks right. At the end of the week, I was thinking about meeting with you guys and talking about it. Are you around?

JL: 27:58: Yeah, you got my number?

UCE: 28:19: I think it's gonna be good. But I got to go take a look at it this week.

JL: 28:22: How good?

UCE: 28:23: I mean, more than this. For sure.

JL: 28:25: For sure?

UCE: 28:27: Yeah.

JL: 28:27: Double?

UCE: 28:28: Probably something like that.

US v. Henry Baird, GEX 3, p. 7

JL: 28:30: Enough to fucking blow my load? (Laughter) Oh man, I can't wait.

JS: 28:37: Dude I think…they were nice.

UCE: 28:37: Yeah, yeah.

JL: 28:43: I might just start uh, I might just fucking stacking it and stacking it and I'm just gonna say fuck the east coast. Southwest is the place for me.

UCE: 28:49: Go back to Arizona?

JL: 28:52: Yeah buddy.

JS: 28:52: Move back up this way.

JL: 28:54: Uh uh, dude I've been up in Jersey and up there is no…fuck Jersey. It is not the same beautiful fucking place it was when I was a kid. It's a fucking cess pool.

UCE: 29:03: Hey man, there's gonna be a…just go give this to him. Hey man, I just wanted to give this to you.

HB: 29:18: Thank you.

UCE: 29:19: Much respect.

UCE: 30:29: Hey, I didn't want to talk too much, I know that's Rus's guy, I'm sure he's cool, but I didn't want to talk too much. Umm, so the bigger job is coming up. If you can, you know, its gonna be probably…3 would be fine, but as many guys as you can get. It's not gonna take away from your share, it's going to be per person, so as many guys

JS: 30:52: Like anyone I fucking find I'm gonna have you run em.

UCE: 30:54: Yeah, yeah, that's good. Like that, I mean, is that Dave dude out of it?

JS: 30:59: Yeah, he's still here. I'll let you know if he's out

UCE: 31:02: Ok. Yeah.

JS: 31:02: I just want to talk to him.

UCE: 31:04: Ok.

JS: 31:05: I'm gonna have Henry talk to him, I told Henry to make sure he talks to him, and make sure he's fuckin

UCE: 31:10: I mean it's not, you know, like I said when we met up in Harrisburg, you know, it's whatever. If you guys want to do it, people want to work, they want to work, if they don't

JS: 31:17: Yeah, we're definitely

UCE: 31:17: There's no shame in that. I'm here to make money.

JL: 31:20: Hey, what about my old sponsor? Once he's back in the picture?

UCE: 31:29: You just got to let me know who it is so I can check them out.

JS: 31:32: UI

UCE: 31:35: That's alright, you guys can just go to Target. That's fine.

JS: 31:51: How much do you want us to put on?

UCE: 31:53: I mean, what have you been, you've been doing like 4 right?

JS: 31:54: Yeah.

UCE: 31:54: If that's what you can handle that's good but you know I think what, one of you all did less than that last time right?

JL: 32:05: I started dropping 2 cause it kept coming around the end or the beginning of the fucking month

UCE: 32:09: I got you, I mean, do what you gotta do.

JL: 32:11: I appreciate it. I mean hell, it's cool that you're fucking even bringing me along for this shit. You have no idea how much this fucking helps me.

UCE: 32:18: Yeah man.

JL: 32:23: I like it a lot man.

UCE: 32:25: So Josh

JL: 32:25: Strangely enough it comes at the perfect fucking time when I'm like at the worst off, I'm like fuckin stressing and then oh I get the call, oh fuck yeah!

UCE: 32:35: I told you more jobs coming up man. Like I said, something a little bigger. It's gonna be a little different if it, if it looks like I think it's gonna look. It's gonna be a little different than this but I think you guys, you guys can handle it, it'll just be whether you want to do it or not.

JL: 32:50: It's not really about even wanting or not wanting to do it, it comes down to need, need to do it, you know, you got to do what you got to do to survive anymore

UCE: 32:59: Yeah but

JL: 33:00: You can't really be picky and choosy, you just got to bite the bullet and do what you got to do.

UCE: 33:02: Yeah but I'd never force anybody to do anything they didn't, you know what I mean? It's, it's

JL: 33:06: Oh no, I understand that

JL: 40:52: Merry Christmas! Hey buy yourself something nice. (Laughter)

UCE: 40:55: Buy you something nice, how bout that?

JL: 40:57: Ahh, yeah!

UCE: 41:01: Call me Santa Claus with the beard and a bag full of goodies.

JL: 41:03: Hell yeah!

FD-1087 (Rev. 5-8-10)



UNCLASSIFIED//FOUO

# FEDERAL BUREAU OF INVESTIGATION

### Collected Item Log

**Event Title:**   (U) Henry Baird, 13 April 2017,      **Date:**  04/17/2017
                   1023 W Emaus Allentown PA

**Approved By:** SSRA SEAN M NOEL

**Drafted By:** Mark Evans

**Case ID #:**   100N-PH-2093500     (U) ARYAN STRIKEFORCE (AS);
                                     WHITE SUPREMACY EXTREMIST;
                                     TERRORISM ENTERPRISE INVESTIGATION
                                     (TEI);
                                     SENSITIVE INVESTIGATIVE MATTER (SIM);
                                     AOT-DT OO:PH
                 266N-PH-2148929     (U//FOUO) HENRY LAMBERT BAIRD;
                                     DT-WHITE SUPREMACIST EXTREMISTS;
                                     TIER 6-ALL OTHERS

**Full Investigation Initiated:**  10/21/2016

**Collected From:**   Henry Baird
                      1023 W Emaus
                      Allentown , Pennsylvania

**Receipt Given?:**  Yes

**Holding Office:**  PHILADELPHIA

**Details:**

Items seized 13 April 2017 from 1023 W Emaus St Allentown PA in
conjunction with arrest of Henry Baird

**Item Type**        **Description**

UNCLASSIFIED//FOUO

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**US v. Henry Baird, GEX 4**

UNCLASSIFIED//FOUO

Title:  (U) Henry Baird, 13 April 2017, 1023 W Emaus Allentown PA
Re:  100N-PH-2093500, 04/17/2017


1B Firearm        (U) Taurus Revolver .357
                  Collected On:  04/13/2017 12:00 AM EDT
                  Receipt Number:  1
                  Seizing Individual:  Kyle D. Moore
                  Collected By:  Kyle D. Moore
                  Location Area:  Basement
                  Specific Location:  back bedroom
                  Firearm Type:  Weapon
                  Firearm Weapon Type:  Weapon
                  Make:  Taurus
                  Model:  revolver
                  Caliber:  .357
                  Serial #:  KH473101
                  Weapon is visually made safe or rendered
                  inoperable?:  Yes
                  Made Safe By:  Timothy K. O'Malley


1B General        (U) Miscellaneous clothing Items
                  Collected On:  04/13/2017 12:00 AM EDT
                  Receipt Number:  2
                  Seizing Individual:  Kyle D. Moore
                  Collected By:  Kyle D. Moore
                  Location Area:  Basement
                  Specific Location:  common area


1B Firearm        (U) Ammunition Winchester 38 Special 150 grain. 42
                  unfired cartridges.
                  Collected On:  04/13/2017 12:00 AM EDT
                  Receipt Number:  3
                  Seizing Individual:  Kyle D. Moore
                  Collected By:  Kyle D. Moore
                  Location Area:  Basement
                  Specific Location:  back bedroom
                  Firearm Type:  Other
                  Firearm Type Other:  Ammunition/Magazine


UNCLASSIFIED//FOUO

**US v. Henry Baird, GEX 4**

UNCLASSIFIED//FOUO

Title:  (U) Henry Baird, 13 April 2017, 1023 W Emaus Allentown PA
Re:  100N-PH-2093500, 04/17/2017


1B Digital        (U) Laptop HP, Model 15-r029wmRev:2213-100
                  Serial # CND4416CF4

                  In black bag with speakers and assorted cords and
                  items
                  Collected On:  04/13/2017 12:00 AM EDT
                  Receipt Number:  4
                  Seizing Individual:  Kyle D. Moore
                  Collected By:  Kyle D. Moore
                  Location Area:  Basement
                  Specific Location:  common area
                  Device Type:  Laptop/Tablet Computer
                  Make:  HP
                  Model:  15-r029wmRev:2213-100
                  Serial Number:  CND4416CF4
                  Number of Devices Collected:  1


1B Digital        (U) External Hard Drives (2)
                  Toshiba 1 terabyte - black Serial # 643YS7I2STT1
                  Toshiba 1.5 Terabyte black Serial # Y25YT8FOTTV2
                  Collected On:  04/13/2017 12:00 AM EDT
                  Receipt Number:  5
                  Seizing Individual:  Kyle D. Moore
                  Collected By:  Kyle D. Moore
                  Location Area:  Basement
                  Specific Location:  common area
                  Device Type:  Portable Hard Drive
                  Make:  Toshiba
                  Serial Number:  643YS7I2STT1, Y25YT8FOTTV2
                  Data Capacity:  1 TB, 1.5TB
                  Number of Devices Collected:  2


UNCLASSIFIED//FOUO

**US v. Henry Baird, GEX 4**

UNCLASSIFIED//FOUO

Title:  (U) Henry Baird, 13 April 2017, 1023 W Emaus Allentown PA
Re:  100N-PH-2093500, 04/17/2017


1B Digital        (U) Two Apple Ipods: Model A367- 8GB, Model A1367 -
                  32 GB
                  Collected On:  04/13/2017 12:00 AM EDT
                  Receipt Number:  6
                  Seizing Individual:  Kyle D. Moore
                  Collected By:  Kyle D. Moore
                  Location Area:  Basement
                  Specific Location:  common area
                  Device Type:  Other
                  Other Device Type:  IPOD
                  Make:  Apple
                  Model:  IPOD 8 GIG, 32 GIG
                  Serial Number:  A367, A1367
                  Number of Devices Collected:  2


1B Digital        (U) LG Cell Phone - Tracfone - Model # LG328BG Serial
                  # 603CQLH949584

                  Iphone - Model # A1533 Serial # 352007061386354

                  Both phones recovered in same location

                  Collected On:  04/13/2017 12:00 AM EDT
                  Receipt Number:  7
                  Seizing Individual:  Kyle D. Moore
                  Collected By:  Kyle D. Moore
                  Location Area:  Basement
                  Specific Location:  common area
                  Device Type:  Cell Phone
                  Make:  LG, Iphone
                  Model:  LG328BG, A1533
                  Serial Number:  603CQLH949584, 352007061386354
                  Number of Devices Collected:  2


UNCLASSIFIED//FOUO

**US v. Henry Baird, GEX 4**

UNCLASSIFIED//FOUO

Title:  (U) Henry Baird, 13 April 2017, 1023 W Emaus Allentown PA
Re:  100N-PH-2093500, 04/17/2017


1B General       (U) LG Bluetooth Wireless Headphones Model # HBS-900
                 Serial # FO6bC41EO62862
                 Zippered Case with USB power bank and earbuds.


                 Collected On:  04/13/2017 12:00 AM EDT
                 Receipt Number:  8
                 Seizing Individual:  Kyle D. Moore
                 Collected By:  Kyle D. Moore
                 Location Area:  Basement
                 Specific Location:  common area

1B General       (U) Misc. Documents


                 Collected On:  04/13/2017 12:00 AM EDT
                 Receipt Number:  9
                 Seizing Individual:  Kyle D. Moore
                 Collected By:  Kyle D. Moore
                 Location Area:  Basement
                 Specific Location:  common area

1B General       (U) Yellow Bong w/ aggravated assault sticker


                 Collected On:  04/13/2017 12:00 AM EDT
                 Receipt Number:  10
                 Seizing Individual:  Kyle D. Moore
                 Collected By:  Kyle D. Moore
                 Location Area:  Basement
                 Specific Location:  common area


UNCLASSIFIED//FOUO

US v. Henry Baird, GEX 4

UNCLASSIFIED//FOUO

Title:  (U) Henry Baird, 13 April 2017, 1023 W Emaus Allentown PA
Re:  100N-PH-2093500, 04/17/2017


1B General        (U) Fox tactical Black backpack w/ biking headlamp
                  and 2 bungee cords


                      Collected On:  04/13/2017 12:00 AM EDT
                      Receipt Number:  11
                      Seizing Individual:  Kyle D. Moore
                      Collected By:  Kyle D. Moore
                      Location Area:  Basement
                      Specific Location:  common area

1B General        (U) Black "conductor" duffel bag w/ medical equipment


                      Collected On:  04/13/2017 12:00 AM EDT
                      Receipt Number:  12
                      Seizing Individual:  Kyle D. Moore
                      Collected By:  Kyle D. Moore
                      Location Area:  Basement
                      Specific Location:  common area


◆◆

**US v. Henry Baird, GEX 4**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIM. NO. 4:CR-17-00139 |
| | : |
| | : |
| v. | : (Judge Brann) |
| | : |
| | : |
| HENRY BAIRD | : FILED VIA ECF |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this Wednesday, June 10, 2020, he served a true and correct copy of the foregoing

**EXHIBIT LIST OF THE UNITED STATES FOR DEFENDANT' HENRY BAIRDS SENENCING**

by ECF to:

Addressee:     Edward J. Remsa, Esquire
                        Email: rymsza@comcast.net

                                     s/George J. Rocktashel
                                     GEORGE J. ROCKTASHEL
                                     Assistant United States Attorney
                                     Attorney I.D. No. PA44922