UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 20-2262
_____

UNITED STATES OF AMERICA

v.

HENRY BAIRD,
            Appellant
_____

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 4-17-cr-00139-002)
District Judge: Honorable Matthew W. Brann
_____

Submitted under Third Circuit L.A.R. 34.1(a)
March 4, 2021
_____

Before: KRAUSE, PHIPPS, and FUENTES, *Circuit Judges*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District

Court for the Middle District of Pennsylvania and was submitted pursuant to Third

Circuit L.A.R. 34.1(a) on March 4, 2021.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this

Court that the judgment of the District Court entered June 10, 2020, be and the same is

hereby AFFIRMED.  Parties to bear their own costs.  All of the above in accordance with the Opinion of this Court.

ATTEST:

Patricia S. Dodszuweit
Clerk

Dated:  August 16, 2021